IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTAIE ANDERSON | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-3620 |
| | : | |
| LEHIGH COUNTY PRISON, ET AL. | : | |

**ORDER**

This 14th day of July, 2022, it is hereby **ORDERED** as follows:

1) Defendants' Motion to Dismiss (ECF No. 24) is **GRANTED**. Plaintiffs' claims against Defendants Lehigh County Jail are Dismissed **with prejudice.** Plaintiffs' claims against Defendants Russel and Donate are Dismissed **without prejudice**. Within 30 days of this order, Plaintiff may file an amended complaint if he can cure the pleading defects the Court has identified.

2) Plaintiff's Request for Relief under 60(b) (ECF No. 27) is **DENIED.**

                                                 /s/ Gerald Austin McHugh
                                             United States District Judge